RUFFNER and Another *v.* TAGGART.

APPEAL from the *Whitley* Court of Common Pleas.

*Per Curiam.*—Suit on note; judgment for plaintiff. No motion for a new trial. No brief is filed by appellant. We see no error in the record.

The judgment is affirmed, with 5 per cent. damages and costs.

*D. H. Colerick*, for the appellant.

*J. R. Coffroth*, for the appellee.